United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZACH CLEMONS and WESLEY PAYNE,

        Plaintiffs,

    v.

FEDERAL HOME LOAN MORTGAGE
CORPORATION a/k/a FREDDIE MAC, et al.,

        Defendants.

_____/

No. C 11-05966 JSW

**ORDER OF REFERRAL**

    Pursuant to Northern District Civil Local Rule 72-1 and the parties' consent, the Court

HEREBY REFERS this matter to a randomly assigned Magistrate Judge for all purposes.

    **IT IS SO ORDERED.**

Dated: April 20, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Referral Clerk