IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZACH CLEMONS and WESLEY PAYNE,

    Plaintiffs,

v.

FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC, et al.,

    Defendants.
                                    /

No. C 11-05966 JSW

**ORDER OF REFERRAL**

Pursuant to Northern District Civil Local Rule 72-1 and the parties' consent, the Court HEREBY REFERS this matter to a randomly assigned Magistrate Judge for all purposes.

**IT IS SO ORDERED.**

Dated: April 20, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Referral Clerk