UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| CLEMONS ET AL<br><br>        Plaintiff(s),<br><br>  v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION a/k/a FREDDIE MAC, et al.,<br><br>        Defendant(s).<br>_____/ | No. 11-05966 NJV<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE<br><br>[Reassigned Case] |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above-entitled matter having been reassigned to the Honorable Nandor J Vadas, for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on **May 22, 2012 at** 2:00 p.m. in Courtroom 205A, 2nd Floor, 514 H Street, Eureka, CA. Parties are instructed to confer and agree on either all parties appearing by telephone or all parties appearing by video conference from the San Francisco Courthouse.

The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. In view of the recent filing of case management statements, no additional case management statements need be filed.

All parties should consult and comply with Judge Vadas' standing order which can be found on the courts website. All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**NJV**." One copy shall be clearly marked as a <u>chambers</u> copy.

Dated: April 23, 2012

                                                          _____
                                                          NANDOR J. VADAS
                                                          United States Magistrate Judge