UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACH CLEMONS and WESLEY PAYNE,<br><br>    Plaintiffs,<br><br>    v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, *et al.*,<br><br>    Defendants. | Case No.: 1:11-cv-05966-NJV<br><br>**ORDER OF DISMISSAL** |

The parties hereto, by their counsel, having filed a stipulation of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (*see* Doc. No. 42), IT IS HEREBY ORDERED that this cause of action is dismissed **with** prejudice. The Clerk is directed to close the file.

**IT IS SO ORDERED**.

Dated: October 25, 2012

_____
Nandor J. Vadas
United States Magistrate Judge